UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

QFS Transportation, LLC,

    Plaintiff,

        v.                          Case No. 1:18cv630

Infinity Transport Services,
Inc., *et al.*                     Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 6, 2019 (Doc. 36).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 36) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 36) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion to Dismiss Counts 3 and 4 of Defendants' Counterclaim (Doc. 14) is **DENIED**.

    **IT IS SO ORDERED.**

                                          s/ *Michael R. Barrett*
                                          Michael R. Barrett, Judge
                                          United States District Court